UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| RITA K. FENWICK, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:13-CV-1090-CHB |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| HARTFORD LIFE & ACCIDENT | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

In accordance with the Order of the Court, **IT IS HEREBY ORDERED AND ADJUDGED** as follows:

1.   Judgment is entered in favor of Defendant.

2.   The administrative decision of Hartford Life & Accident Insurance Company is

**AFFIRMED**.

3.   This action is **DISMISSED** and **STRICKEN** from the Court's docket.

4.   This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for

delay.

This the 4th day of May, 2020.

*Claria Horn Boom*

CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of record